United States Bankruptcy Court

Eastern District of Louisiana

In re: __Willie and Judy Keating_____          Case No. ___17-12660_____
                Debtor(s)                                    Chapter    _____13_____

## MOTION TO AMEND CHAPTER 13 PLAN

NOW INTO COURT, through undersigned counsel comes debtors, Judy Keating, wife of, and Willie Keating, who respectfully represent:

1.

This is a core proceeding over which this Honorable Court has jurisdiction pursuant to 28 U.S.C. § 157(b)(2).

2.

Debtors filed Chapter 13 bankruptcy on November 6, 2017 and proposed to pay $306.00 a month under the Chapter 13 Plan. Their liquidation value was zero.

3.

Diatech Mortgage filed a proof of claim and its arrears ($14,902.81) were significantly less ($16,302.00) than what debtors believed to be their obligation. Also, the Internal Revenue Service and Louisiana Department of Revenue filed proof of claims. However, the Internal Revenue Service did not file a priority claim because the debtors have worked out an arrangement with them.

4.

Accordingly, debtors have to amend their plan, to correct the arrears amount and include their Louisiana Department of Revenue tax liability. Debtor's amended plan will propose to pay the same amount, $306.00 per month for sixty (60) months.

5.

Presently, debtors have paid the trustee $332.00 and will make another payment of $332.00 on January 16, 2018.

**WHEREFORE**, debtors, Judy Keating, wife of, and Willie Keating pray that this Honorable Court grants their motion to amend her Chapter 13 plan.

Respectfully submitted,

LAW OFFICE OF RODERICK T. MORRIS

By: __/s/ Roderick T. Morris_____
    RODERICK T. MORRIS (#27581)
    1102 Pennsylvania Street
    New Roads, Louisiana 70760
    Telephone: (504) 241-7720
    Facsimile: (504) 241-7626